No. 354. SIMMONS CO. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Phillips Ketchum* for petitioner.

*Solicitor General Hughes,* and *Messrs. Claude R. Branch, J. Louis Monarch, Andrew D. Sharpe, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

